UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JUAN AGUILAR CORTEZ,<br><br>            Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>            Respondent. | CIV. NO.  2:15-1433 WBS<br>CR.  NOS. 2:95-0020 WBS<br>            2:96-0089 WBS<br><br>ORDER |

----oo0oo----

On July 2, 2015, petitioner Juan Aguilar Cortez filed motions pursuant to 28 U.S.C. § 2255.  The United States shall file an opposition to petitioner's motions no later than August 10, 2015.  Petitioner may then file a reply no later than August 24, 2015.  The court will then take the motions under submission and will inform the parties if oral argument or further

1

1  proceedings are necessary.
2           IT IS SO ORDERED.
3  Dated:  July 10, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE