UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 2:96-89 WBS |
| Plaintiff, | |
| v. | ORDER |
| JUAN AGUILAR CORTEZ, | |
| Defendant. | |

----oo0oo----

On July 2, 2015, Juan Aguilar Cortez filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, which was filed in both Cr. No. 2:95-20 WBS and Cr. No. 2:96-89 WBS, which were previously consolidated. (Docket No. 262 in Cr. No. 2:95-20 WBS; Docket No. 96 in Cr. No. 2:96-89 WBS.) Although this court's Order of July 19, 2015 instructed the government to file an opposition in both cases, the government filed an opposition only in Cr. No. 2:95-20 WBS but filed no opposition in Cr. No. 2:96-89 WBS. (Docket No. 283 in Cr. No.

1

2:95-20 WBS.)

Because the government filed no opposition in Cr. No. 2:96-89 WBS, the court's order denying defendant's motion to vacate was filed only in Cr. No. 2:95-20 WBS and did not address the motion to vacate defendant's conviction in Cr. No. 2:96-89 WBS. (Docket No. 291 in Cr. No. 2:95-20 WBS.) Accordingly, defendant's motion to vacate in Cr. No. 2:96-89 WBS is still pending. The government is therefore ORDERED to file a response to defendant's motion to vacate in Cr. No. 2:96-89 WBS (Docket No. 96) within 14 days. Defendant shall have 45 days to file any reply. The motion will then be taken under submission.

Dated: September 14, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE