McGREGOR W. SCOTT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff/Respondent
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff/Respondent,<br><br>v.<br><br>JUAN AGUILAR-CORTEZ,<br><br>               Defendant/Movant. | CASE NOS. 2:95-CR-00020 WBS KJN<br>                  2:96-CR-00089 WBS KJN<br><br>[PROPOSED] ORDER GRANTING GOVERNMENT'S MOTIONS FOR EXTENSION OF TIME |

      On April 17, 2020, Respondent requested a 90-day extension of time to file its response to Defendant Aguilar-Cortez' § 2255 petitions.  Good cause appearing, IT IS HEREBY ORDERED that:

      1. Respondent's request for a 90-day extension (ECF No. 319) in 2:95-cr-0020 WBS KJN is granted;

      2. Respondent's request for a 90-day extension (ECF No. 113) in 2:96-cr-0089 WBS KJN is granted; and

      3. The responses shall be filed on or before July 23, 2020.

Dated:  April 21, 2020

                                                                      /s/ Kendall J. Newman
                                                                     KENDALL J. NEWMAN
/cort0020.ext                                               UNITED STATES MAGISTRATE JUDGE