UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>JUAN AGUILAR CORTEZ,<br><br>Movant. | No. 2:95-cr-0020-01 WBS KJN<br>2:96-cr-0089-01 WBS KJN<br>2:19-cv-01927-WBS-KJN<br>2:19-cv-01929-WBS-KJN<br><br>ORDER |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 27, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed July 27, 2021, are adopted in full;

2. Movant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 is denied in Case No. 2:96-cr-0089 WBS KJN;

3. The Clerk of the Court is directed to close the companion civil case No. 19-cv-1927 WBS KJN P, and to enter judgment;

4. Movant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 is denied in Case No. 2:95-cr-0020 WBS KJN;

5. The Clerk of the Court is directed to close the companion civil Case No. 2:19-cv-1929 WBS KJN P, and to enter judgment;

6. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253 in either Case No. 2:96-cr-0089 WBS KJN or Case No. 2:95-cr-0020 WBS KJN.

Dated: September 14, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/cort0020.801.vac